UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOT PANYANOUVONG,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLES,<br><br>    Respondent. | Case No.  2:25-cv-1128-WBS-JDP (P)<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 15, 2025, the magistrate judge filed findings and recommendations herein which were served on petitioner, and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Although petitioner filed a form motion to proceed *in forma pauperis* on July 28, 2025 (ECF No. 15), he has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 15, 2025, are adopted in full;

2. The fourth amended petition, ECF No. 13, is DISMISSED without leave to amend;

3. Petitioner's motion to proceed *in forma pauperis*, ECF No. 15, is DENIED as moot in light of the court's prior order granting petitioner's *in forma pauperis* motion, *see* ECF No. 11;

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

5. The Clerk of Court is directed to close this case and to enter judgment accordingly.

Dated: August 4, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE