UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHOT PANYANOUVONG,

Petitioner,

v.

PEOPLES,

Respondent.

Case No.  2:25-cv-1128-WBS-JDP (P)

FINDINGS AND RECOMMENDATIONS

Petitioner, a state prisoner, filed this section 2254 action seeking federal habeas relief in April 2025.  After multiple amended petitions, I recommended that the fourth amended petition, ECF No. 13, be dismissed without leave to amend for failure to state a cognizable federal habeas claim.  ECF No. 14.  Those recommendations were adopted by the district judge in August 2025.  ECF No. 17.  Petitioner appealed, and, on January 22, 2026, the Ninth Circuit denied his application because it was "unable to ascertain any claim for relief."  ECF No. 43.[1]

Now, following the denial of his appeal, petitioner has continued to file documents, submitting two more applications to proceed *in forma pauperis*, ECF Nos. 46 & 48, a seventh amended petition for writ of habeas corpus, ECF No. 45, and a prisoner civil rights complaint,

---

[1] While the appeal was pending, petitioner continued to file new amended petitions and other motions in this case.  ECF Nos. 33, 36, 37, 38, & 39.

1

ECF No. 47.  These matters were referred to me.  ECF No. 49.  As an initial matter, petitioner's motions to proceed *in forma pauperis*, ECF Nos. 46 & 48, should be denied as unnecessary, since he was already granted *in forma pauperis* status in May 2025, ECF No. 11.  Petitioner's seventh amended petition should be dismissed without leave to amend for two reasons.  First, the last operative petition in this action was dismissed without leave to amend.  ECF Nos. 14 & 17.  Second, the seventh petition is as devoid of substance as its predecessors, consisting only of the vague statement that "I did some of it," repeated over and over.  ECF No. 45 at 1-5.

As to the civil rights complaint, petitioner may not begin a section 1983 action in this closed habeas action.  If he wishes to pursue a section 1983 claim, he must file a new case and satisfy a new, separate filing fee, either by paying it in full or moving for *in forma pauperis* status in that new action.

Accordingly, it is RECOMMENDED that:

1.    Petitioner's motions to proceed *in forma pauperis*, ECF Nos. 46 & 48, be DENIED as moot and unnecessary.

2.    Petitioner's seventh amended habeas petition, ECF No. 45, and prisoner civil rights complaint, ECF No. 47, be DISMISSED without leave to amend for the reasons stated in these findings and recommendations.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.


Dated:    June 9, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE