UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOT PANYANOUVONG,<br>Petitioner,<br>v.<br>PEOPLES,<br>Respondent. | Case No. 2:25-cv-1128-WBS-JDP (P)<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 9, 2026, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has not filed objections to the findings and recommendations.

Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 9, 2026, ECF No. 50, are adopted in full;

2. Petitioner's motions to proceed *in forma pauperis*, ECF Nos. 46 & 48, are DENIED as

moot and unnecessary;

3. Petitioner's seventh amended habeas petition, ECF No. 45, and prisoner civil rights complaint, ECF No. 47, are DISMISSED without leave to amend; and

4. Petitioner's petition for review , ECF No. 51, is DENIED as moot.

Dated: November 2, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE